HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA BAR #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADAM PRECELLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-0232-LJO-SKO |
| *Plaintiff,* | ORDER FOR TEMPORARY RELEASE |
| vs. | |
| ADAM PRECELLA, | |
| *Defendant.* | |

Upon consideration of defendant Adam Precella's motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Precella is hereby released to the custody of joint third-party custodians, Daniel Mendiola and Kevin Mitchel, for transport to the Kaiser Permanente Fresno Medical Center. Mr. Precella shall be released at 9:00 a.m. on December 10, 2015. He shall return to Fresno County Jail no later than 1:00 p.m. on December 10, 2015.

Defendant is ordered to abide by all rules and regulations issued by the U.S. Marshals during his release, in addition to the following conditions:

1. Defendant shall be released at 9:00 a.m. and shall be back by 1:00 p.m.;
2. Defendant shall be released to third-party custodians, Kevin Mitchel and Daniel Mendiola;
3. Third-party custodians shall be with Defendant at all times, including restroom visits

4. Defendant shall not be in contact with any females, including girlfriend/wife, unless they are related to him and in the course of Defendant's visit with his grandfather;

5. Defendant shall not consume any alcohol or drugs during his release;

6. Non-compliance with any of the above terms and conditions, after an evidentiary hearing and a finding by the court, will result in the imposition of a sentence no less than the 10-year statutory maximum in the case pending for sentencing.

IT IS SO ORDERED.

Dated: __**December 9, 2015**__         ____/s/ Lawrence J. O'Neill____
                                        UNITED STATES DISTRICT JUDGE

**PRECELLA, Adam Nicholas**
Dkt. No. 15-232-01

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization   Daniel Mendiola & Kevin Mitchell

who agree (a) to supervise the defendant in accordance with all conditions of release, (b) to accompany the defendant at all times, even to the restroom, (c) shall transport the defendant from the Fresno County Jail at 9:00 a.m., on December 10, 2015, directly to Kaiser Permanente Hospital, in Fresno and return him directly to the Fresno County Jail by 1:00 p.m., the same day, and (d) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____   SIGNED: _____
             CUSTODIAN                                      CUSTODIAN

☑ (7) The defendant shall:

☑   (e) not associate or have any contact with: His girlfriend, his former girlfriends, his wife, his ex-wife, or any other female associate or friend, at any time, during his release from the Fresno County Jail;

☑   (i) refrain from any use of alcohol, or any use of a narcotic drug or other controlled. Medical marijuana, prescribed or not, may not be used;