PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>         v.<br><br>ADAM PERCELLA,<br><br>                            Defendant. | CASE NO. 1:15-CR-00232-001<br><br>STIPULATION AND ORDER TO CONINUE STATUS CONFERENCE<br><br>DATE: November 2, 2021, at 2:00 PM<br>TIME: 2:00 P.M.<br>COURT: Hon. Erica P. Grosjean |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on November 2, 2021, at 2:00 PM.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to November 12, 2021, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated: October 28, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: October 28, 2021

/s/ JEFF HAMMERSCHMIDT
JEFF HAMMERSCHMIDT
Counsel for Defendant
ADAM PERCELLA

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until November 12, 2021 at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **October 28, 2021**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

2