PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ADAM PRECELLA,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:15-CR-00232-001<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET ADMISSION HEARING<br><br>DATE: November 12, 2021, at 2:00 PM<br>TIME: 2:00 P.M.<br>COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　　By previous order, this supervised release petition was set for a status conference on November 12, 2021, at 2:00 PM.

　　2.　　By this stipulation, the parties now move to vacate the status conference and set an admission hearing on November 29, 2021, at 9:00 a.m., in case 1:21-CR-273 DAD BAM. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

　　IT IS SO STIPULATED.

///

///

1

| | |
|---|---|
| Dated:  November 10, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  November 10, 2021 | /s/ JEFF HAMMERSCHMIDT<br>JEFF HAMMERSCHMIDT<br>Counsel for Defendant<br>ADAM PRECELLA |

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be vacated and the case be set for an admission hearing on November 29, 2021 at 9:00 a.m. in case 1:21-CR-273 DAD BAM.

IT IS SO ORDERED.

Dated: **November 10, 2021**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE